STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JUSTIN REDDIC, </br></br> Defendant. | NO. 21-CR-00464 JD </br></br> STIPULATED MOTION TO SET STATUS HEARING, FINDINGS OF EXCLUDABLE TIME PERIOD, AND [PROPOSED] ORDER |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Leif Dautch, and defendant Justin Reddic ("Defendant"), by and through his counsel of record, Jerome E. Matthews, hereby stipulate as follows:

    1.    On March 31, 2021, the United States filed a Criminal Complaint in Case No. 21-MJ-70549 charging Defendant with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

STIPULATED REQUEST TO CONTINUE HEARING, EXCLUDE TIME, [PROPOSED] ORDER
Case No. 21-CR-00464 JD     v. 1/28/2022

2. On October 26, 2021, Defendant made his initial appearance before Magistrate Judge Robert Illman, and was arraigned on the Criminal Complaint. The government moved for pretrial detention, and the defense waived findings.

3. Defendant consented to proceed by way of Information, and the government filed an Information, which case was assigned to Judge Illston.

4. The government moved to relate the new case to Defendant's pending Form 12 proceeding before Judge Donato in Case No. 16-CR-539. This Court granted the motion, and a previously-scheduled status hearing before Judge Illston on February 1, 2022 was vacated.

5. In the meantime, the government has produced two rounds of discovery and extended a plea offer. The parties have also had multiple discussions about a possible resolution of this case.

6. To facilitate the effective preparation of counsel, the parties jointly request that an initial status hearing be set before Judge Donato on March 7, 2022 at 10:30 a.m. This will coincide with a status hearing on Defendant's Form 12 that is already on that calendar.

7. For purposes of computing the date under 18 U.S.C. § 3161(c)(1) by which Defendant's trial must commence, the parties agree that the time period of February 1, 2022, to March 7, 2022, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) because the delay results from a continuance granted by the Court at the parties' joint request, and on the basis of the Court's finding that failure to grant the requested continuance would unreasonable deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

STEPHANIE M. HINDS
United States Attorney

Dated: 1/28/22

*/s/ Leif Dautch*
**LEIF DAUTCH**
Assistant United States Attorney

*/s/ Jerome E. Matthews*
**JEROME E. MATTHEWS**
Counsel for Defendant Justin Reddic

**[PROPOSED] ORDER**

The Court has read and considered the Stipulation Regarding Request for (1) Setting of Status Hearing and (2) Findings of Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the commencement of trial within the time period set forth in 18 U.S.C. § 3161(c); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

An initial status hearing is scheduled for March 7, 2022 at 10:30 a.m.  The time period of February 1, 2022, through March 7, 2022, inclusive, is excluded in computing the time within which the trial must commence under 18 U.S.C. § 3161(c) pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: February 25, 2022

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE